UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23296-KMW

RENZO BARBERI,

    Plaintiff,

vs.

TECH AUTO SALES, INC., a Florida Profit Corporation and ESTEVEZ INVESTMENT, INC., a Florida Profit Corporation,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorney's fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter.

Respectfully submitted,

| | |
|---|---|
| *Ronald Stern* | *Nicholas M. Vicente* |
| Ronald Stern, Esq. | Nicholas M. Vicente, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 72917 |
| The Advocacy Law Firm, P.A. | Marcus Law Center, LLC |
| 1835 E Hallandale Beach Blvd., #757 | 2600 Douglas Road, Suite 1111 |
| Hallandale, FL 33009 | Coral Gables, FL 33134 |
| Telephone: (954) 639-7016 | Telephone: (305) 507-1203 |
| Facsimile: (954) 639-7198 | Facsimile: (305) 507-1204 |
| Email: ronsternlaw@gmail.com | Email: nvicente@marcuslawcenter.com |
| Attorney for Plaintiff | Attorney for Defendants |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23296-KMW

RENZO BARBERI,

       Plaintiff,

vs.

TECH AUTO SALES, INC., a Florida Profit
Corporation and ESTEVEZ INVESTMENT,
INC., a Florida Profit Corporation

       Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 3, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com, advocacylaw.paralegal@gmail.com
Attorney for Plaintiff